No. 6097.—CARLO, aplte., *v.* JUNCHAMS, apldo.—C. D. San Juan. Diciembre 7, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Wolf.)

Vista la moción de la parte apelada y apareciendo que ella se basa únicamente en el hecho de que el apelante no ha elevado a esta corte la transcripción de autos dentro del término fijado por la ley, y vista además la oposición de la parte apelante demostrativa de que su abogado estuvo realmente enfermo durante largo tiempo y de que se ha radicado en esta corte dicha transcripción de autos, no debiendo tomarse en consideración las razones de frivolidad alegadas después por el apelante, se declara sin lugar la moción de desestimación.

No. 6255.—CRÉDITO Y AHORRO PONCEÑO, INC., apldo., *v.* MOLINI RUIZ, ET AL., apltes.—C.D. Ponce. Febrero 7, 1933.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

POR CUANTO, el demandante apelado solicitó la desestimación de la apelación interpuesta en este caso por moción de 16 de enero último notificada a los demandados apelantes y vista con la sola asistencia del abogado del apelante el 30 de enero de 1933; y

POR CUANTO, de la moción y de la certificación que a la misma se acompañe resulta que la apelación se interpuso el 23 de noviembre de 1932 y no se ha radicado aún la transcripción de los autos sin que esté pendiente de tramitación en la corte inferior pliego alguno de excepciones, exposición del caso o transcripción de evidencia;

POR TANTO, de acuerdo con la ley y la jurisprudencia aplicables, se declara con lugar la moción y se desestima, por abandono, el recurso.